IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/<br>　　　　　Respondent,<br><br>　　vs.<br><br>JORGE VALENCIA-LOPEZ,<br><br>　　　　　Defendant/<br>　　　　　Movant. | No. CR-F-96-5113 OWW<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

　　　Movant filed a "Notice of Plain Error and Motion to Review Under Whichever Rule or Statute Court Deems Proper or Pursuant to 18 U.S.C. § 3742(a)(1)(2)(3)", which motion was denied by Order filed on February 6, 2006 (hereafter referred to as the February 6 Order).

　　　On February 21, 2006, movant filed a "Notice of Intent to Appeal and Motion for Certificate of Appealability".

　　　To the extent that movant requested that his motion be deemed a motion for relief pursuant to 28 U.S.C. § 2255, movant

1

1  contended that his conviction and sentence are unconstitutional
2  because of the Supreme Court's decisions in <u>United States v.</u>
3  <u>Booker</u>, 543 U.S. 200 (2005), <u>Blakely v. Washington</u>, 542 U.S. 296
4  (2004), and <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2004).
5  Movant's request was denied because the Ninth Circuit has ruled
6  that none of the Supreme Court's decisions are retroactively
7  applicable on collateral review.

8       "When the district court denies a habeas petition on
9  procedural grounds without reaching the prisoner's underlying
10 constitutional claim, a COA should issue when the prisoner shows,
11 at least, that jurists of reason would find it debatable whether
12 the petition states a valid claim of the denial of a
13 constitutional right and that jurists of reason would find it
14 debatable whether the district court was correct in its
15 procedural ruling."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).
16      Under this standard, movant's request for a Certificate of
17 Appealability is denied.  Because the Supreme Court decisions
18 upon which movant based his claim for relief are not
19 retroactively applied on collateral review, movant has not
20 demonstrated that "jurists of reason would find it debatable
21 whether the district court was correct in its ruling."
22      Dated: _Feb. 23___, 2006
23
24                                  /s/ OLIVER W. WANGER_____
25                                      OLIVER W. WANGER
26                                  UNITED STATES DISTRICT JUDGE